UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH SEMICONDUCTOR LLC,<br><br>                     Plaintiff,<br><br>          v.<br><br>VX-POWER TECHNOLOGY LIMITED,<br><br>                     Defendant. | Case No. 25-cv-02388-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a case management conference regarding the above-entitled matter was scheduled for June 26, 2025. Plaintiff having failed to appear or file any statement, and having failed to serve the summons that was issued on March 11, 2025, and good cause appearing,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held **July 24, 2025, at 2:00 p.m**., before Chief Judge Richard Seeborg, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 26, 2025

_____
RICHARD SEEBORG
Chief United States District Judge